Janet DAVENPORT,
Petitioner-Appellant,

v.

Stephen DAVENPORT,
Respondent-Respondent.

No. 51474.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 30, 1986.

Alan J. Agathen, Clayton, for petitioner-appellant.

Harvey Tessler, P.C., Clayton, for respondent-respondent.

ORDER

PER CURIAM.

Wife appeals from the trial court's order granting husband's motion for a new trial on wife's motion to modify a divorce decree. We find no error of law, and a written opinion would have no precedential value. Accordingly, the judgment is affirmed pursuant to Rule 84.16(b).